**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 05-6604**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JOSEPH ZIADEH,

Defendant - Appellant.

─────────────

**No. 05-7512**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JOSEPH ZIADEH,

Defendant - Appellant.

─────────────

**No. 06-6095**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

        versus

JOSEPH ZIADEH,

                                    Defendant - Appellant.

                    _____

Appeals from the United States District Court for the Eastern District of Virginia, at Richmond.  Richard L. Williams, Senior District Judge.  (CR-02-273)

                    _____

Submitted:  March 31, 2006          Decided:  April 19, 2006

                    _____

Before TRAXLER, GREGORY, and DUNCAN, Circuit Judges.

                    _____

Affirmed by unpublished per curiam opinion.

                    _____

Joseph Ziadeh, Appellant Pro Se.  Gurney Wingate Grant, II, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

                    _____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In these consolidated appeals, Joseph Ziadeh appeals a district court's orders (1) denying his motion for temporary injunction and/or in the alternative motion to stay execution of judgment; (2) holding him in civil contempt; and (3) denying his various subsequent motions. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Ziadeh, No. CR-02-273 (E.D. Va. Mar. 28, 2005; filed June 23, 2005, and entered June 24, 2005; Dec. 22, 2005). We further deny Ziadeh's motion in No. 05-7512 to vacate the contempt order and deny as unnecessary his petition for certificate of appealability filed in No. 05-6604. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED